**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| MARK C. DeSHAZIER, | ) | CASE NO:    1:09CR273-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

With the concurrence of the transferring judge, Christopher A. Boyko, and the receiving judge, Ann Aldrich, this case is transferred from the docket of Judge Boyko to the docket of Judge Aldrich.

| | |
|---|---|
| S/Ann Aldrich | S/Christopher A. Boyko |
| [Receiving Judge] | [Transferring Judge] |
| United States District Judge | United States District Judge |
| Receiving Judge | Transferring Judge |

| | |
|---|---|
| IT IS SO ORDERED. | S/James G. Carr |
| | Chief Judge James G. Carr |
| | United States District Judge |

June 17, 2009